910

petitioner.  *Howell Van Auken* for respondents. ▬

No. 185, Misc.  D'Ostroph *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 229, Misc.  Nichols *v.* Ohio.  Supreme Court of Ohio.  Certiorari denied.

No. 278, Misc.  Gibbons *v.* Brandt et al.  C. A. 7th Cir.  Certiorari denied.  *John H. Gately* for petitioner. *L. Duncan Lloyd* and *Henry T. Martin* for respondents.

No. 321, Misc.  Pitts *v.* Ragen, Warden.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 322, Misc.  Williams *v.* Ragen, Warden.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 323, Misc.  Garner *v.* Ragen, Warden.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 324, Misc.  Ciha *v.* Ragen, Warden.  Criminal Court of Cook County, Illinois.  Certiorari denied.

*Rehearing Granted.*

No. 59.  Marzani *v.* United States, 335 U. S. 895. The petition for rehearing is granted and the case is ordered restored to the docket for reargument.  Mr. Justice Douglas took no part in the consideration or decision of this application.  *Osmond K. Fraenkel* and *Allan R. Rosenberg* for petitioner.